# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**OLD ST. PAUL BAPTIST CHURCH**                                    **PLAINTIFF**

v.                                3:07CV00105-WRW

**BOAZ HOME IMPROVEMENT**
**COMPANY, L.L.C., et al.**                                        **DEFENDANTS**

## ORDER

Pending is Defendants' unopposed Motion to Remand to state court (Doc. No. 15). Plaintiff has responded (Doc. No. 17) and requests the award of attorney's fees, costs, and expenses incurred in connection with the removal of this action. Plaintiff's request is DENIED.

Defendants' Motion to Remand is GRANTED and this case is REMANDED to the Circuit Court of Crittenden County, Arkansas.

This Order renders all other pending motions in this case moot (Doc. Nos. 6 and 7).

IT IS SO ORDERED THIS 5th day of October, 2007.


                                          /s/ Wm. R. Wilson, Jr.
                                    UNITED STATES DISTRICT JUDGE