**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**OLD ST. PAUL BAPTIST CHURCH**                                                    **PLAINTIFF**

**v.**                                    **3:07CV00105-WRW**

**BOAZ HOME IMPROVEMENT
COMPANY, L.L.C., et al.**                                                    **DEFENDANTS**

**ORDER**

Pending is Defendant First Nation Insurance Group's Motion to Reconsider & Response to Boaz Home Improvement Company & Albert Alexander's Motion to Remand (Doc. No. 20). The motion is DENIED.

IT IS SO ORDERED this 11th day of October, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE